UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE MARTIN

    Petitioner,
v.                                           Case No. 5:23cv283/TKW/MJF

STATE OF FLORIDA and BOBBY
BOWERS,

    Respondents.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this Court does not have subject-matter jurisdiction to compel state officials to adjudicate Petitioner's pending state post-conviction motion as requested in his petition for writ of mandamus.   Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

3.  The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 4th day of December, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**